NORBERT ROESLER et al., as Trustees, Respondents, v. H. CHRISTIAN SONNE, Individually and as Trustee, Appellant.— Order denying defendant's motion to dismiss complaint pursuant to rules 106 and 107 of the Rules of Civil Practice and for alternative relief under rule 102, is unanimously affirmed, with $20 costs and disbursements to respondent. Settle order. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ

SOUTH RIDGE CORPORATION, Appellant, v. AMSINCK SONNE CORPORATION, Respondent, and H. CHRISTIAN SONNE, Individually and as Trustee, Appellant.— Orders denying motions by plaintiff and impleaded defendant to strike out the separate defense and counterclaim interposed by defendant are unanimously affirmed, with $20 costs and disbursements to respondent. It is apparent from the pleadings in their present state that both cases have closely related questions of law and fact. Due to this interrelation, a joint trial will serve the interests of justice and will not prejudice any substantial rights of the parties. On the argument of the appeals, the parties indicated their acquiescence in a joint trial if the orders appealed from were affirmed. We need not wait until issue is completely joined in both cases to direct a joint trial where, as in the instant cases, we are certain there will be issues and their nature may easily be surmised. (Lee v. Schmeltzer, 229 App. Div. 206, 209.) We, therefore, direct a joint trial of the actions pursuant to section 96-a of the Civil Practice Act. Settle order. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

KOSSMANN AND CO., INC., Appellant, v. FEUCHTWANGER CORPORATION et al., Respondents.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Required for Bruckner Boulevard in the Borough of The Bronx, City of New York. BRUCKNER SERVICE CENTER, INC., Appellant.— Decree so far as appealed from unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

CORCORAN & KOSTELANETZ et al., Respondents, v. JEAN DUPUY, Individually, as Distributee, Next of Kin, and as Administrator of the Estate of HELEN DUPUY, Deceased, et al., Appellants, et al., Defendant.— Orders unanimously affirmed, without costs. No opinion. Order unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Order unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Defendant Gladys De Polignac appeals from an order denying her application to vacate the warrant of attachment and all levies thereunder pursuant to section 948 of the Civil Practice Act, unless plaintiffs consent to the dismissal as against her of the fifth cause of action stated in the second amended complaint, and for other relief. The order denying the motion for vacatur is modified to the extent of granting the motion to vacate the warrant of attachment and all levies thereunder unless the plaintiffs stipulate to sever and discontinue the fifth cause of action as to said defendant. The fifth cause of action does not set forth facts from which it may be ascertained with reasonable certainty that the plaintiffs are entitled to recover a stated sum. (Civ. Prac. Act, § 903; Prentiss v. Greene, 193 App. Div. 672, 679.) The order is otherwise affirmed, without costs. Settle order. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and McNally, JJ.